# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| Parker Meyer, | ) No.: 2:15-cv-00530-RMG-MGB |
| Plaintiff, | ) |
| v. | ) |
| Al Cannon, Sheriff of Charleston County, et al., | ) |
| Defendants. | ) |

## Second Notice of Settlement

The agreed upon settlement amount has been received by counsel for the plaintiff. The motion to reopen or alternatively to enforce the settlement can be considered resolved.

Respectfully submitted,

*s/ Gregg Meyers*

Gregg Meyers
217 Lucas Street Box 10
Mt. Pleasant SC 29464
843-324-1589
attygm@gmail.com